**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**EDWARD GOLDEN**
**927 Hilltop Street**
**Pell City, Alabama 35125**

      **Plaintiff,**

      **v.**

**NATIONAL INSTITUTES OF HEALTH**
**9000 Rockville Pike**
**Bethesda, Maryland 20892**

      **Defendant.**

**Case No. _____**

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Edward Golden brings this action against Defendant National Institutes of Health ("NIH") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking declaratory and injunctive relief requiring NIH to comply with its obligations under FOIA.

## PARTIES

1. Plaintiff Edward "Payne" Golden is an individual who submitted a FOIA request to NIH that is the subject of this action.

2. Defendant National Institutes of Health ("NIH") is an agency within the meaning of 5 U.S.C. § 552(f) and is in possession, custody, and control of records responsive to Plaintiff's FOIA request.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

4.    Venue is appropriate under 5 U.S.C. § 552(a)(4)(B).

## RELEVANT FACTS

5.    On September 19, 2025, Plaintiff submitted a FOIA request to NIH through the NIH FOIA Public Portal seeking records concerning Eric Schnabel.

6.    Plaintiff's FOIA request sought, among other things: (1) Reports of Investigation relating to Eric Schnabel; (2) records relating to NIH's decision to revoke Eric Schnabel's access to NIH facilities; and (3) emails sent within NIH mentioning the name "Schnabel" from July 7, 2025, to the present.

7.    NIH received Plaintiff's FOIA request on September 19, 2025.

8.    NIH acknowledged receipt of Plaintiff's request and assigned FOIA Request No. 64658.

9.    FOIA requires an agency to determine whether to comply with a request within twenty business days after the receipt of the request. 5 U.S.C. § 552(a)(6)(A)(i).

10.    NIH failed to issue a determination concerning Plaintiff's FOIA request within the statutory timeframe.

11.    NIH has failed to produce the requested records or otherwise make a determination on Plaintiff's FOIA request.

## COUNT ONE: VIOLATION OF FOIA

12.    Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

13.    Plaintiff submitted a valid FOIA request to NIH on September 19, 2025. (Ex. A).

14.    NIH acknowledged receipt of Plaintiff's request and assigned Request No. 64658. (Ex. B).

15.  NIH failed to make a timely determination regarding Plaintiff's request as required by FOIA.

16.  Because NIH failed to comply with FOIA's statutory response deadline, Plaintiff has constructively exhausted his administrative remedies and may seek judicial review pursuant to 5 U.S.C. § 552(a)(6)(C)(i).

17.  NIH's failure to comply with its legal obligations under FOIA frustrates the very purpose of FOIA by withholding records from public scrutiny to which Plaintiff is legally entitled.

18.  Defendant's violation of FOIA has harmed and will continue to harm Plaintiff until Defendant NIH complies with FOIA.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that this Court:

A.  Declare that NIH violated FOIA by failing to timely respond to Plaintiff's FOIA request;

B.  Order Defendant NIH to conduct an adequate search for records responsive to Plaintiff's FOIA request and promptly produce all non-exempt responsive records;

C.  Order Defendant NIH to identify the legal basis for withholding any responsive records or portions thereof;

D.  Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E) and/or 28 U.S.C. § 2412 (d); and

E.  Grant such other relief as the Court may deem just and proper.

Date: July 31, 2026                         Respectfully submitted,

Philip O'Beirne (Bar No. 71956)
STEIN MITCHELL BEATO
& MISSNER LLP
2000 K St. NW, Ste. 600
Washington, DC 20006
Tel: (202) 737-7777
Fax: (202) 296-8312
Email: pobeirne@steinmitchell.com

# EXHIBIT A



**Stein Mitchell Beato & Missner** LLP

PAYNE GOLDEN
pgolden@steinmitchell.com | Direct 202.661.0922

2000 K Street, NW Suite 600
Washington, DC 20006

P 202.737.7777
F 202.296.8312

www.steinmitchell.com

September 19, 2025

*Via NIH FOIA Portal*

National Institutes of Health Chief FOIA Officer
National Institutes of Health
9000 Rockville Pike
Bethesda, MD 20892

      Subj:   FOIA Request re Eric Schnabel

Dear Sir/Madam:

      Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, I request production of the following three categories of related information:

1.  Any Report of Investigation (and all exhibits and supporting evidence) relating to Eric Schnabel conducted either by the NIH Office of General Counsel, the HHS Office of General Counsel.

2.  The factual information supporting the decision to revoke Eric Schnabel's access to NIH facilities, communicated by letter dated August 19, 2025 by Leslie Campbell, including but not limited to:

    a.  All documents relating to the process dictated by Manual Chapter 2300-752-3, which must include a copy of all communications related to this decision (email, meeting transcripts, and copies of the NIH Form 2938, all parts).

3.  Any emails sent within NIH mentioning the name "Schnabel" from July 7, 2025 to the present.

      While any documents responsive to this request should be produced in its/their entirety, I recognize that some related documents may remain restricted. In that regard, if any of the requested information is withheld, please: (a) identify that information, describe the basis for it being withheld, and explain any specific statutory exemptions that you think justify (or justifies) any such withholding of information; and (b) release any "reasonably segregable portions." DoD 5400, "Freedom of Information Act Program," C5.2.4.

      Please feel free to call me at 202-661-0922 if you have any questions or concerns.

Stein Mitchell Beato & Missner LLP

Yours truly,


Payne Golden

# EXHIBIT B

# EDWARD "PAYNE" GOLDEN

September 19, 2025

*Via E-mail*: noreply@ains.com noreply@ains.com

U.S. Department of Health and Human Services
National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

Subj: Submission Acknowledgement by National Institutes of Health

**From:** noreply@ains.com <noreply@ains.com>
**Sent:** Friday, September 19, 2025 4:28 PM
**To:** Payne Golden <PGolden@steinmitchell.com>
**Subject:** Submission Acknowledgement by National Institutes of Health

Dear Edward Golden,

This is an automated message from the NIH FOIA Request Portal.

Your submission has been received by the National Institutes of Health. NIH will review your request and contact you regarding next steps.

Regards,

National Institutes of Health, FOIA Program

Subj: Status Update for Request #64658

**From:** noreply@ains.com <noreply@ains.com>
**Sent:** Friday, September 19, 2025 4:28 PM
**To:** Payne Golden <PGolden@steinmitchell.com>
**Subject:** Status Update for Request #64658

Dear Edward Golden,

The status of your FOIA request #64658 has been updated to the following status 'Received'. To log into the NIH FOIA Public Portal click on the Application URL below.

https://foiaportal.nih.gov

Sincerely,

National Institutes of Health